## STATE OF CONNECTICUT *v.* WILLIE COLE
### (AC 34761)

Bear, Sheldon and Keller, Js.

Argued May 30—officially released June 18, 2013

Per Curiam. The judgment is affirmed.

## GAIL DECORSO *v.* JAMAL CALDERARO ET AL.
### (AC 35017)

Gruendel, Keller and Foti, Js.

Argued May 30—officially released June 18, 2013

Per Curiam. The judgment is affirmed.

## JORGE RAMOS *v.* COMMISSIONER OF CORRECTION
### (AC 34437)

Gruendel, Keller and Mihalakos, Js.

Argued May 28—officially released June 18, 2013

Per Curiam. The judgment is affirmed.